**Order entered June 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00723-CV

### IN THE INTEREST OF M.N.M., A CHILD

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 87539-CC**

## ORDER

Before the Court is Official Court Reporter Scott Smith's June 11, 2014 request for extension of time to file the record. Mr. Smith notes that appellant has not requested the record nor made payment arrangements, but she has filed a motion for indigency which is set for hearing July 1, 2014. Because appellant has not requested the record and her indigency status is pending, we defer ruling on the extension request. However, we **ORDER** appellant to file, no later than June 30, 2014, written verification that she has requested the reporter's record. *See* TEX. R. APP. P. 34.6(b)(1). We further **ORDER** Kaufman County District Clerk Rhonda Hughey to file, no later than July 2, 2014, a supplemental clerk's record containing a copy of (1) any contests to appellant's affidavit of indigency, other than Ms. Hughey's contest which is in the main clerk's record; (2) any order extending the time to hold the hearing on the contest; and (3) the order on the contest.

We **DIRECT** the Clerk of the Court to transmit a copy of this order to Mr. Smith, Ms. Hughey, and all parties.

/s/     ELIZABETH LANG-MIERS
        JUSTICE